UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOSEPH ANTONETTI, ) | |
| ) | |
| Plaintiff, ) | 3:11-cv-00548-LRH-WGC |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| BARACK OBAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

This action is a *pro se* civil rights action filed pursuant to 42 U.S.C. § 1983 by a state prisoner. On July 5, 2012, this Court entered an order granting plaintiff's *in forma pauperis* application, and imposing an initial partial filing fee of $11.04, pursuant to 28 U.S.C. § 1915(b)(1). (ECF No. 23). On July 16, 2012, plaintiff filed a motion for reconsideration of the order imposing the initial partial filing fee. (ECF No. 24). Plaintiff explains that he has no funds in his prison trust account from which to pay an initial partial filing fee. (*Id.*).

Good cause appearing, plaintiff's motion for reconsideration of the Court's imposition of the $11.04 initial partial filing fee is granted. However, pursuant to 28 U.S.C. § 1915(b)(2), the Nevada Department of Corrections shall pay to the Clerk of the United States District Court, District of Nevada, 20% of the preceding month's deposits to plaintiff's account, in the months that the account exceeds $10.00, until the full $350.00 filing fee has been paid for this action.

**IT IS THEREFORE ORDERED** that plaintiff's motion for reconsideration (ECF No. 24) of the imposition of the $11.04 initial partial filing fee is **GRANTED.**

**IT IS FURTHER ORDERED** that all other provisions of this Court's order of July 5, 2012 **SHALL REMAIN IN EFFECT.**

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **SEND** a copy of this order to the Finance Division of the Clerk's Office.  The Clerk shall also **SEND** a copy of this order to the attention of the Chief of Inmate Services for the Nevada Department of Corrections, P.O. Box 7011, Carson City, NV 89702.

Dated this 21st day of August, 2012.

_____
UNITED STATES MAGISTRATE JUDGE