UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOSEPH ANTONETTI, | ) | CASE NO. 3:11-cv-548-LRH-WGC |
| | ) | |
| Plaintiff, | ) | ORDER |
| | ) | |
| vs. | ) | |
| | ) | |
| BARACK OBAMA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

    This case is currently scheduled for trial on the stacked calendar of Tuesday, April 15, 2014.

    IT IS ORDERED that this case is referred to The Honorable William G. Cobb for the purpose of conducting a settlement conference.

    DATED this 26th day of November, 2013.

_____
LARRY R. HICKS
U.S. DISTRICT JUDGE