UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>BARACK OBAMA; *et al.*,<br><br>　　　　　　Defendants. | 3:11-cv-00548-LRH-WGC<br><br>ORDER |

　　　Before the court is Plaintiff's Objection [to Magistrate Judge Cobb's minute order denying appointment of counsel #53] (#69[1]), which the court will treat as a motion to reconsider the Magistrate Judge's order. Also before the court is Defendants' Response to Objection to Denial of Appointment of Counsel (#64).

　　　The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

　　　The Magistrate Judge's Order (#53) will, therefore, be sustained and Plaintiff's motion (#69) is denied.

　　　IT IS SO ORDERED.

　　　DATED this 9th day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.