UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| JOSEPH ANTONETTI, | ) |
| Plaintiff, | ) 3:11-cv-00548-LRH-WGC ) |
| vs. | ) ORDER ) |
| BARACK OBAMA; *et al.*, | ) ) |
| Defendants. | ) ) |

Before the court is Plaintiff's Objection [to Magistrate Judge Cobb's minute order denying appointment of counsel #53] (#69[1]), which the court will treat as a motion to reconsider the Magistrate Judge's order. Also before the court is Defendants' Response to Objection to Denial of Appointment of Counsel (#64).

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#53) will, therefore, be sustained and Plaintiff's motion (#69) is denied.

IT IS SO ORDERED.

DATED this 9th day of January, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1]Refers to this court's docket number.