UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JOSEPH ANTONETTI,<br><br>           Plaintiff,<br><br>vs.<br><br>BARACK OBAMA, et al.,<br><br>           Defendants. | 3:11-cv-00548-LRH-WGC<br><br>ORDER |

      Before the court is Plaintiff's Objection to Decision of 1-6-14 Doc. 80 (#83[1]). Also before the court is Defendants' Response to Plaintiff's Objections/Request for Reconsideration of [#80] Order Denying [#75] Motion for Assistance in Witness Presence (#84), and Plaintiff's Reply to Document 84 (#88).

      The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

      The Magistrate Judge's Order (#80) will, therefore, be SUSTAINED and Plaintiff's motion (#83) is DENIED.

      IT IS SO ORDERED.

      DATED this 12th day of February, 2014.

                                                    LARRY R. HICKS<br>                                                  UNITED STATES DISTRICT JUDGE

---

[1] Refers to this court's docket number.