UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| JOSEPH ANTONETTI, | )<br>) 3:11-cv-00548-LRH-WGC |
| Plaintiff, | )<br>) ORDER |
| vs. | ) |
| BARACK OBAMA, *et al.*, | )<br>) |
| Defendants. | )<br>) |

Before the court is Plaintiff's Objection to Protective Order [to Magistrate Judge's Order #87] (#91[1]), which the court will treat as a motion to reconsider Magistrate's Order #87. Defendants filed a Response to Plaintiff's Objection (#94) on February 20, 2014.

The Court has conducted its review in this case, has fully considered the Plaintiff's Motion, the Defendants' Response, and other relevant matters of record  pursuant to 28 U.S.C. § 636 (b) (1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

The Magistrate Judge's Order (#87) will, therefore, be SUSTAINED and Plaintiff's Objection (#91) is DENIED.

IT IS SO ORDERED.

DATED this 18th June, 2014.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

---

[1]Refers to this court's docket number.